AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dubina, Joel F. | U.S. Court of Appeals/11th Cir | 11/01/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge -- Senior | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Post Office Box 867
Montgomery, AL 36101-0867

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Investments Unlimited, a limited liability corp. ("LLC") |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FBA Federal Litigaion Section Conference | October 17, 2016 - October 19,2016 | Washington, D.C. | Speak | Room, Meal, Airfare |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  I. ▮▮▮▮ | | | | | | | | | |
| 2.  Insignia Fini Group Inc. | A | Dividend | J | T | | | | | |
| 3.  Torchmark Corp | A | Dividend | K | T | | | | | |
| 4.  Apartment Investment Management Co. | A | Dividend | J | T | | | | | See Seciton VIII |
| 5.  U. S. Shelter Corp. Del | A | Dividend | J | T | | | | | |
| 6.  Money Market Funds ▮▮▮ Stifel, Nicolaus & Company | A | Interest | L | T | | | | | |
| 7.  12.5% interest Investments Unlimited, an L.L.C. | F | Rent | O | W | | | | | See Section VIII. |
| 8.  12.5% interest in house, Ada, AL | | None | L | W | | | | | |
| 9.  Alibaba Group Holding LTD Spons ADS | | None | K | T | | | | | |
| 10. Halliburton Company | A | Dividend | K | T | | | | | |
| 11. Mosaic | A | Dividend | J | T | | | | | |
| 12. VF Corp | A | Dividend | J | T | | | | | |
| 13. Bershire Hathaway Inc. | | None | K | T | | | | | |
| 14. Chicago Bridge & Iron Company NV | A | Dividend | J | T | | | | | |
| 15. Cisco Systems Inc. | A | Dividend | J | T | | | | | |
| 16. Costco Wholesale Corp. | A | Dividend | K | T | | | | | |
| 17. Linn Energy LLC Unit. Representing Limited Liability Interests | A | Distribution | | | Sold | 04/19/16 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Silver Springs NTWKS Inc. | | None | J | T | | | | | |
| 19. Horizon Pharma PLC | | None | J | T | | | | | |
| 20. Invesco Ltd. | A | Dividend | J | T | | | | | |
| 21. Enterprise Products Partners LTD Partnership | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 22. Columbia Tax Exempt | A | Dividend | | | Buy | 09/21/16 | K | | |
| 23. | | | | | Sold | 09/26/16 | K | A | |
| 24. Columbia U.S. Gov't Mortgage | A | Dividend | | | Buy | 09/21/16 | J | | |
| 25. | | | | | Sold | 09/26/16 | J | A | |
| 26. Franklin Growth | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 27. Franklin AL Tax Free Income | A | Dividend | | | Buy | 09/21/16 | J | | |
| 28. | | | | | Sold | 09/26/16 | J | A | |
| 29. ThornBurg LTD Term Mun. | A | Dividend | | | Buy | 09/21/16 | J | | |
| 30. | | | | | Sold | 09/26/16 | J | | |
| 31. Alabama PUB HSG Authj Cap 4.450% 01/01/04 | | None | J | T | Buy | 09/21/16 | J | | |
| 32. AMBAC Financial Group Inc. New | | None | | | Buy | 09/21/16 | J | | |
| 33. | | | | | Sold | 09/22/16 | J | A | |
| 34. Baldwin CNTY AL BRD ED @97.851 4.75% | | None | J | T | Buy | 09/21/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Alabama Tax Free Income CL A | | None | J | T | Buy | 09/21/16 | J | | |
| 36. General Electric Company | | None | J | T | Buy | 09/21/16 | J | | |
| 37. Glaxosmithkline LC | | None | J | T | Buy | 09/21/16 | J | | |
| 38. Huntsville AL Hlthcare Auth Rev Ser A 96.929 5.26% | A | Interest | J | T | Buy | 09/21/16 | J | | |
| 39. Huntsville AL WTR SYS REV 4.000% 11/01/31 | A | Interest | J | T | Buy | 09/21/16 | J | | |
| 40. Kellogg Company | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 41. Limestone Cnty AL WTR & SWR AUTH 95.915 4.52% | A | Interest | J | T | Buy | 09/21/16 | J | | |
| 42. Merck & company Inc New Cusip | | None | J | T | Buy | 09/21/16 | J | | |
| 43. Mobile AL WTR & SWR Commrs Rev 98.500 4.118% | | None | J | T | Buy | 09/21/16 | J | | |
| 44. Pepsico INC. | | None | K | T | Buy | 09/21/16 | K | | |
| 45. Pfizer Inc. | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 46. Procter & Gamble Company Cusip | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 47. Sylacauga AL Wtx B/E 4.00% due 02/01/34 | | None | J | T | Buy | 09/21/16 | J | | |
| 48. Troy AL Elec Wtr & Swr 97.614 4.82% | | None | J | T | Buy | 09/21/16 | J | | |
| 49. Tuscaloosa AL Warrants Ambac 4.375 07/01/37 | | None | J | T | Buy | 09/21/16 | J | | |
| 50. University AL At B'ham Hosp rev rfdg 5.000% 9/01/41 | A | Interest | | | Buy | 09/21/16 | J | | |
| 51. | | | | | Redeemed | 12/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. University of AL at Birmingham 3.000% 10/01/30 | | None | J | T | Buy | 09/21/16 | J | | |
| 53. University South AL Univ Rev RFDG Tuition Cap | A | Interest | | | Buy | 09/21/16 | J | | |
| 54. | | | | | Redeemed | 12/09/16 | J | | |
| 55. Verizon communications Inc. | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 56. Wal Mart Stores Inc | | None | J | T | Buy | 09/21/16 | J | | |
| 57. Yum Brands Inc. | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 58. Yum China holdings Inc. | | None | J | T | Spinoff (from line 57) | 11/01/16 | J | | |
| 59. BENEFICIARY , IRA | | | | | | | | | |
| 60. Money Market Funds Stifel, Nicholas & Company (X) | A | Interest | J | T | | | | | See Section VIII |
| 61. Exxon Mobil Corp. | A | Dividend | J | T | Buy | 06/14/16 | J | | |
| 62. Goldman Sachs Group Inc. cusuo 37145/ g298 | A | Dividend | J | T | Buy | 06/14/16 | J | | |
| 63. Nokia Corp | A | Dividend | J | T | Buy | 06/14/16 | J | | |
| 64. II. TRUSTS ASSETS #1 | | | | | | | | | See Section VIII |
| 65. Money Market Funds 19/19 Investment Counsel & Trust | A | Interest | L | T | | | | | |
| 66. General Electric | B | Dividend | L | T | | | | | |
| 67. Torchmark Corp. | B | Dividend | M | T | Sold (part) | 11/08/16 | J | D | |
| 68. River Bank and Trust (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Huntsville, AL Warrants Series A | B | Interest | L | T | | | | | |
| 70. Irondale, AL Wts - Ser. D Ins. XLCA 4% | B | Interest | L | T | | | | | |
| 71. Federated Intermediate Mun. TrShBenInt. | B | Dividend | L | T | | | | | |
| 72. U.S. Treasury Bond 5/375% | C | Interest | L | T | | | | | |
| 73. U.S. Treasury Bond 7.25% | B | Interest | | | Sold | 11/04/16 | L | | |
| 74. Altria Group Inc. | B | Dividend | K | T | | | | | |
| 75. John Hancock Flexible Prem. Life Ins. | | None | L | U | | | | | |
| 76. Adobe Systems | | None | L | T | Sold (part) | 04/26/16 | J | D | |
| 77. | | | | | Sold (part) | 11/08/16 | J | C | |
| 78. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 79. Novartis A G | A | Dividend | J | T | | | | | |
| 80. Priceline Com | | None | L | T | Sold (part) | 04/26/16 | K | E | |
| 81. IShares Trust S&P | A | Dividend | K | T | | | | | |
| 82. Rent-A-Center | A | Dividend | | | Sold | 04/26/16 | J | | |
| 83. Toronto Dominion Bank | A | Dividend | | | Sold | 04/26/16 | K | C | |
| 84. Gartner, Inc. | | None | K | T | | | | | |
| 85. Google, Inc.(Alphabet Inc. Cap STK CLA) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mosaic Company | A | Dividend | | | Sold | 04/26/16 | J | | |
| 87. Apple Computer, Inc. | A | Dividend | K | T | | | | | |
| 88. Amazon.Com, Inc. | | None | K | T | | | | | |
| 89. Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 90. IShares DJ Sel | A | Dividend | J | T | | | | | |
| 91. Dodge & Cox International Stock Fund | A | Dividend | K | T | Sold (part) | 12/22/16 | K | A | |
| 92. Eaton Vance Floating-Rate Fund Class I | A | Dividend | | | Sold | 04/22/16 | K | | |
| 93. Google Inc. CL A (Alphabet Inc Cap STK CLC) | | None | K | T | | | | | |
| 94. International Business Machines Corp. | A | Dividend | K | T | | | | | |
| 95. Qualcomm. Inc. | A | Dividend | | | Sold | 04/26/16 | J | | |
| 96. Vanguard GNMA Fund INV | B | Dividend | | | Sold | 11/04/16 | L | | |
| 97. Bank of America Corp. | A | Dividend | J | T | | | | | |
| 98. Biogen IDEC Inc Com | | None | | | Sold | 11/08/16 | J | | |
| 99. D R Horton Inc Com | A | Dividend | | | Sold | 11/08/16 | J | C | |
| 100. Ford Motor | A | Dividend | J | T | | | | | |
| 101. Suntrust Banks | A | Dividend | J | T | | | | | |
| 102. Alexion Pharmaceuticals In. | | None | | | Sold | 11/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Amgen Inc. | A | Dividend | J | T | | | | | |
| 104. Chevron Copr. | A | Dividend | J | T | | | | | |
| 105. Federated Adjustable Rate Securities Fund Instl. Class 2557.812 sh | A | Dividend | | | Sold | 04/22/16 | K | | |
| 106. Fidelity Invst MM FD Govt. 1 #57 | A | Interest | L | T | Buy (add'l) | 12/31/16 | M | | |
| 107. | | | | | Sold (part) | 12/31/16 | M | | |
| 108. Starbucks Corp. | A | Dividend | J | T | | | | | |
| 109. Whole Foods Market Inc. | A | Dividend | | | Sold | 11/08/16 | J | | |
| 110. INVESCO LTD SHS | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 111. AT&T INC. Com | | None | J | T | Buy | 11/03/16 | J | | |
| 112. CVS Health Corp. | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 113. Du Pont E I D E Nemours & Co. Com | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 114. Exxon Mobil Corp. Com | A | Dividend | K | T | Buy | 04/26/16 | J | | |
| 115. | | | | | Buy | 11/08/16 | J | | |
| 116. Johnson & Johnson Com | A | Dividend | K | T | Buy | 04/26/16 | K | | |
| 117. | | | | | Buy | 11/08/16 | K | | |
| 118. Oracle Corp SRBD 3.4% DTD 7/8/2014 Due 7/8/2024 | A | Interest | K | T | Buy | 04/29/16 | K | | |
| 119. Pepsico Inc. SR NT 2.25% DTD 7/30/2013 Due 1/7/2019 | A | Interest | K | T | Buy | 11/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Pfizer Inc. Com | A | Dividend | K | T | Buy | 11/08/16 | K | | |
| 121. Sempra Energy Com | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 122. Simon PPTY Group Inc. New Com | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 123. Southern Co. Com | A | Dividend | J | T | Buy | 11/08/16 | J | | |
| 124. Toyoto Motor Cred FR 1.55% DTD 7/13/2015 Due 7/13/2018 | A | Interest | K | T | Buy | 11/08/16 | K | | |
| 125. United Parcel Service In. CLD | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 126. U.S. Bankcorp MTN Sub NTS FR 2.95% DTD 7/23/20 Dues 7/15/22 | A | Interest | K | T | Buy | 11/08/16 | K | | |
| 127. United Health Group Inc. SR. NT 2.875% DTD 12/8/2014 due 12/15/2021 | A | Interest | K | T | Buy | 04/29/16 | K | | |
| 128. UnitedHealth Group Inc. Com | | None | J | T | Buy | 04/26/16 | J | | |
| 129. Walmart Stores Inc. Com | | None | K | T | Buy | 11/08/16 | K | | |
| 130. PERSONAL HOLDINGS: | | | | | | | | | |
| 131. Money Market Funds Sifel, Nicolaus & Co. | A | Interest | L | T | | | | | |
| 132. Torchmark Corp. | B | Dividend | M | T | Donated | 12/16/16 | K | | |
| 133. | | | | | Donated | 12/19/16 | K | | |
| 134. 56 TMK, United Inc. | A | Dividend | J | T | | | | | |
| 135. 12.5% interest Investments Unlimited, as L.L.C. | F | Rent | O | W | | | | | See Section VIII |
| 136. 12.5% interest in house, Ada, AL | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Hancey Mill Road Farm, L.L.C. | | None | M | R | | | | | See Section VIII |
| 138. Tuscaloosa, AL Warrant FSA B/E | | None | | | Redeemed | 01/29/16 | K | A | |
| 139. Waddell & Reed | | None | | | Sold | 01/29/16 | J | A | |
| 140. Proshares Trust Powershares Ultrashort Real Estate | | None | | | Sold | 01/29/16 | J | A | |
| 141. Huntsville AL RFDG & Cap Improvements WTS Ser A | A | Interest | K | T | | | | | |
| 142. Univ. AL at B'ham Hosp. Rev RFDG | B | Interest | | | Sold | 10/24/16 | K | A | |
| 143. American Express COMRMT (X) | A | Dividend | | | Sold | 02/17/16 | J | | |
| 144. BP PRUDHOE BAY ROYALALMT TRUST (X) | A | Dividend | | | Sold | 02/17/16 | J | | |
| 145. Express Scripts Inc. RMT (X)___ | | None | J | T | | | | | |
| 146. Novartis AG RMT Sponsored ADR (X) ___ | A | Dividend | J | T | | | | | |
| 147. Priceline com Inc. Nermt (X) | | None | | | Sold | 02/17/16 | K | E | |
| 148. Torchmark Corp RMT (X) | | None | | | Merged (with line 132) | | | | |
| 149. River Bank & Trust RMT (X)___ | | None | K | T | | | | | |
| 150. Birmingham Baptist AL MD Ctr Spl Cure 6.125 cpn 5.875 (X) | A | Interest | | | Sold | 10/01/15 | K | D | |
| 151. Clarke & Mobile Cnty AL Gas Dist. 4.375% ___ | B | Interest | K | T | | | | | |
| 152. Madison Cnty Brd Ed Cap OID 96.801 4.7% CPN 4.500% ___ | B | Interest | K | T | | | | | |
| 153. Madison Cnty AL Brd EDP Cap Outlay Cpn 5.000% Due 9/1/36 (X) ___ | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Shelby Cnty AL Brd EEDP Cap Outlay SCHOID@97.921 4.43% | B | Interest | K | T | | | | | |
| 155. Shelby Cnty AL Brd EEDP RFDG 10 MillB/ECPN 5.0% due 2/1 8 ___ 1 | B | Interest | K | T | | | | | |
| 156. Tuscaloosa AL WarranEDP OID @96.969 4.56% | A | Interest | K | T | | | | | |
| 157. University AL AT EDP Bham Hosp CPN 5.000% due 9/1/36 | B | Interest | | | Sold | 10/24/16 | K | A | |
| 158. Amgen Inc. | B | Dividend | L | T | | | | | Deleted in error in 2015 |
| 159. General Electric ComeDP (X) | | None | | | Sold | 04/24/14 | J | C | |
| 160. Phillips 66 (X) | A | Dividend | J | T | | | | | |
| 161. Torchmark Capital Trust III Tr PFD 7.1% (X) | A | Interest | | | Sold | 12/16/16 | J | | |
| 162. Halliburton Company | A | Dividend | | | Sold | 12/19/16 | L | C | |
| 163. Homewood AL Edl Bldg Rev Samford Univ. 4.500% | B | Interest | K | T | | | | | |
| 164. Huntsville AL RFDG WTS OID @97.541 3.3% | A | Interest | K | T | | | | | |
| 165. Huntsville AL RFDG WTS OID @97.262 3.55% | | None | | | Sold | 03/11/16 | K | A | |
| 166. Kinder Morgan Inc DE | A | Dividend | K | T | | | | | |
| 167. Quanta Services | | None | | | Sold | 02/17/16 | J | | |
| 168. University of AL at B'ham Genl Rev A2 OID @98.653 3.1T | A | Interest | K | T | | | | | |
| 169. Teekey Lng Partners Limited Partnership Unit ( ) | A | Distribution | | | Sold | 12/14/16 | J | | |
| 170. ALIBABA Group Holding LTD Spons Ads | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. American Express Company | | None | | | Merged (with line 143) | | | | |
| 172. Apple Inc | A | Dividend | J | T | | | | | |
| 173. Diamond Offshore Drilling Inc. | | None | | | Sold | 02/17/16 | J | | |
| 174. Enterprise AL WTS Ser A B/E OID @96.949 4.85% | B | Interest | K | T | | | | | |
| 175. Escambia CNTY AL Brd Ed. Tax Antic WTS REV B/E cusip | B | Interest | K | T | | | | | |
| 176. Foley AL WTS BE OID @98.446 4.1% CPN 4.000% due 6/1/39          7 | A | Interest | K | T | | | | | |
| 177. Gulfport Energy Corp New          ) | | None | K | T | | | | | |
| 178. Huntsville AL RFDG LSE CAP IMP WTSSER B CPN 4.000% Due 11/01/33 | B | Interest | J | T | Donated | 12/16/16 | K | | |
| 179. SERVISFIRST Bancshares | A | Dividend | J | T | | | | | |
| 180. Towerstream Corp | | None | J | T | | | | | |
| 181. V F Corp | A | Dividend | K | T | | | | | |
| 182. AL State Pub HC Auth Pub HLTH FAc OID 96.120 4% | A | Interest | K | T | | | | | |
| 183. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 184. Chicago Bridge &Iron Company NV | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 185. CISCO Systems | A | Dividend | K | T | | | | | |
| 186. Costco Wholesale Corp. | A | Dividend | K | T | | | | | |
| 187. Mobile AL Wtr & Swr Commrs. Rev B/E OID 98.500 @4.118% | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Silver Springs Ntwks | | None | J | T | | | | | |
| 189. Sylacauga AL W & S B/E CPN 4% Due 2/1/31 | A | Interest | K | T | | | | | |
| 190. VF Corp. | | None | | | Merged (with line 181) | | | | |
| 191. Horizon Pharma PLC | | None | J | T | Buy (add'l) | 05/16/16 | J | | |
| 192. INVESCO LTD | A | Distribution | J | T | Buy | 05/16/16 | J | | |
| 193. Brewton AL WTS SER A BAM 3% due 12/02/28 Cusip | | None | K | T | Buy | 10/24/16 | K | | |
| 194. Freeport McMoran Inc. Cusip 356710857 | | None | | | Buy | 02/17/16 | J | | |
| 195. | | | | | Sold | 05/16/16 | J | B | |
| 196. Jasper AL WTS BAMBLE CPN 3.250% Cusip | A | Interest | K | T | Buy | 03/11/16 | K | | |
| 197. HENA Inc | | None | L | T | Buy | 01/28/16 | L | | |
| 198. PRINCETON MANAGED ACCT | | | | | | | | | |
| 199. Money Market Funds Stiffel, Nicolaus & Co. | A | Interest | J | T | | | | | |
| 200. AT&T | A | Interest | J | T | Buy | 03/27/15 | J | | |
| 201. American Airlines | A | Dividend | J | T | Buy | 06/03/15 | J | | |
| 202. | | | | | Buy (add'l) | 06/10/15 | J | | |
| 203. America Movil S A B DE CV Sponsored ADR Series L | | None | | | Buy | 03/27/15 | J | | |
| 204. | | | | | Sold | 05/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. American Tower Corp New ▓ | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 206. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 207. Apple Inc ▓ | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 208. Bayer AG Sponsored ADR | | None | | | Buy | 03/27/15 | J | | |
| 209. | | | | | Sold | 03/22/15 | J | | |
| 210. Boeing Company ▓ | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 211. | | | | | Sold (part) | 03/27/15 | J | | |
| 212. Bristol Myers Squibb Company ▓ | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 213. Canadian Pacific Railway Limited ▓ | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 214. | | | | | Sold (part) | 05/27/16 | J | | |
| 215. Catepillar Inc | | None | | | Buy | 03/27/15 | J | | |
| 216. | | | | | Sold | 10/30/15 | J | | |
| 217. Cisco systems Inc. ▓ | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 218. | | | | | Buy | 04/11/16 | J | | |
| 219. Corning Inc ▓ | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 220. | | | | | Sold (part) | 04/11/16 | J | | |
| 221. CREE Inc. | | None | | | Buy | 03/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 12/15/15 | J | | |
| 223. Crown Castle Intl Corp New | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 224. | | | | | Buy | 04/01/16 | J | | |
| 225. | | | | | Buy | 11/10/16 | J | | |
| 226. Deere & Company | A | Dividend | | | Buy | 03/27/15 | J | | |
| 227. | | | | | Sold | 01/27/16 | J | | |
| 228. Du Pont E.I.DE Nemours & Company | | None | | | Buy | 03/27/15 | J | | |
| 229. | | | | | Sold | 08/18/15 | J | | |
| 230. General Electric | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 231. Google Inc CL A (8 SH) (Now Alphabet Inc. Cusip | | None | J | T | Buy | 03/27/15 | J | | |
| 232. Intel Corp. | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 233. | | | | | Buy | 05/31/16 | J | | |
| 234. Martin Marietta Materials Inc. | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 235. Merck & company Inc. New | | None | | | Buy | 03/27/15 | J | | |
| 236. | | | | | Sold | 07/21/15 | J | A | |
| 237. Microsoft Corp | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 238. QualComm Inc.(4 | A | Dividend | J | T | Buy | 03/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Union Pacific Corp | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 240. | | | | | Sold (part) | 11/29/16 | J | | |
| 241. Unisys Corp New | | None | J | T | Buy | 03/27/15 | J | | |
| 242. United Continental Hldgs Inc. | | None | | | Buy | 03/27/15 | J | | |
| 243. | | | | | Sold (part) | 04/01/16 | J | | |
| 244. | | | | | Sold | 05/27/16 | J | | |
| 245. United Parcel Service | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 246. | | | | | Sold | 04/01/16 | J | A | |
| 247. Universal Electrs Inc.( | | None | J | T | Buy | 03/27/15 | J | | |
| 248. | | | | | Sold (part) | 03/04/16 | J | | |
| 249. Verizon Communications Inc. | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 250. Sanofi Spon ADR As of 3/27 | | None | | | Buy | 03/30/15 | J | | |
| 251. | | | | | Sold | 03/04/16 | J | | |
| 252. NOVO Nordisk AS ADR | A | Dividend | J | T | Buy | 02/24/16 | J | | |
| 253. | | | | | Buy | 04/01/16 | J | | |
| 254. Facebook Inc CL A | | None | J | T | Buy | 01/27/16 | J | | |
| 255. | | | | | Buy | 07/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Monolithic Power System Inc | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 257. Pfizer Inc | A | Dividend | J | T | Buy | 03/04/16 | J | | |
| 258. | | | | | Buy | 04/01/16 | J | | |
| 259. Visa Inc. Class A | | None | J | T | Buy | 11/16/16 | J | | |
| 260. | | | | | Buy | 11/17/16 | J | | |
| 261. | | | | | Buy | 11/18/16 | J | | |
| 262. | | | | | Buy | 11/29/16 | J | | |
| 263. NXP Semiconductors NV | | None | | | Buy | 07/22/16 | J | | |
| 264. | | | | | Sold (part) | 11/11/16 | J | A | |
| 265. | | | | | Sold | 11/16/16 | J | A | |
| 266.      CHARITABLE ACCOUNT | | | | | | | | | |
| 267. Money Market Funds      Stifel, Nicolaus & Co. | A | Interest | K | T | | | | | |
| 268. Alexander City AL RFDG WTS Ser A OID 98.889 3.16% CPN 3.000 Due 5/1/19 | A | Interest | J | T | | | | | |
| 269. Elmore Cnty AL Pub E Coop Dist Pub Ed OID @98.506 3.45% | A | Interest | K | T | | | | | |
| 270. Foley AL Pub Facs Co Dist Rev CPN 4.000% Due 9/1/19 | A | Interest | K | T | | | | | |
| 271. Huntsville AL Hlth C Autho Ser B Rev 4.25% CPN 4.000% | | None | | | Redeemed | 06/01/15 | K | | |
| 272. Phenix City, AL WTS SER A 5.000% Due 01/01/17 Susip: 717316VX8 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. University of AL Ser A Birmingham Hosp. Rev OID @98.827 4.26% | B | Interest | | | Redeemed | 12/01/16 | K | | |
| 274. Opelika AL School Warrants SER A CPN 3.500% Due 10/1/20 | A | Interest | K | T | | | | | |
| 275. Russellville AL WTRW SWR BD REV OID @98.839 2.5% CPN 2.300% | A | Interest | J | T | | | | | |
| 276. Shelby Cnty AL Brd E Unref 10 mill CPN 4.000% due 2/1/18 | A | Interest | K | T | | | | | |
| 277. ▓▓▓ HORIZON ACCOUNT | | | | | | | | | |
| 278. Money Market Funds ▓▓▓ Stifel, Nicolaus & Co.(X) | A | Interest | M | T | Open | 02/22/16 | | | See Section VIII |
| 279. First Trust Corsey Wright Focus cusip ▓▓▓ | A | Dividend | L | T | Buy | 03/09/16 | L | | |
| 280. | | | | | Buy (add'l) | 05/31/16 | L | | |
| 281. | | | | | Buy (add'l) | 11/22/16 | L | | |
| 282. | | | | | Sold (part) | 05/24/16 | L | C | |
| 283. | | | | | Sold (part) | 09/13/16 | L | B | |
| 284. First Trust VI Dorey Wright Intl Focus 5ETF cusip ▓▓▓ | A | Dividend | | | Buy | 03/08/16 | L | | |
| 285. | | | | | Buy (add'l) | 05/31/16 | L | | |
| 286. | | | | | Buy (add'l) | 07/25/16 | L | | |
| 287. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 288. | | | | | Sold (part) | 05/16/16 | L | C | |
| 289. | | | | | Sold (part) | 06/16/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 09/22/16 | L | C | |
| 291. | | | | | Sold | 10/07/16 | L | | |
| 292. I-Shares 3-7 yr. Treasury Bond ETF Cusip | A | Dividend | L | T | Buy | 02/22/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 11/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.   Investments & Trusts.

No. 7, 8, .   Property located in Montgomery County, AL; (*Walton County, FL), Lowndes County, AL
134 & 135 *In 2014, Investments Unlimited sold the beach house in Walton County, Florida for $2.8 million.                     and I received 12.5% each of the proceeds.

No. 64 Trust managed by 19/19 Investment Counsel.  A division of Stifel Trust Co., N.A.

No. 136.   Effective December 31, 2007, I gifted my interest in land in Montgomery County, equally to                     . I formed an L.L.C. named "Hancey Mill Road Farm, L.L.C."  My 50% interest in the land was deeded into Hancey Mill Road Farm, L.L.C. and then gifted                     in equal shares.  The total value of this property at the time it gifted was   $790,000 to be equally shared by the 4.  I filed a gift tax return showing this transfer on 4/15/08.

No. 198-265 The Princeton Managed Account                     was a new account set up in 2015 and was missed by my judicial assistant and left off mistakenly by her when I reported 2015 Financial Disclosure Report.

No.60 Funds inherited

No. 278 Horizon account established in 2016.  These were funds transferred from an inheritance.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel F. Dubina**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544